# Court of Appeals
# of the State of Georgia

ATLANTA,  November 04, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0092. RODOLFO MARTINEZ v. RUSTY GRANT, CHIEF, ROSWELL POLICE DEPARTMENT.

Rodolfo Martinez, also known as Zenith Vivas, sought to proceed in forma pauperis in a writ of mandamus action against Police Chief Rusty Grant. The trial court denied the request and directed the clerk of the court to reject the pleading for filing. Martinez then filed this discretionary application.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"). Accordingly, this case is TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  11/04/2015
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*